**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **ANDRES CASTANEDA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No.: 3:20-CV-00186-DCG |
| § | |
| **WAL-MART STORES TEXAS, LLC** § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate that Plaintiff's claims against Defendant are dismissed with prejudice, with each party responsible for their own costs and fees.

1

Respectfully submitted,

SCHERR & LEGATE, PLLC
109 N. Oregon, 12th Floor
El Paso, Texas 79901
(915) 544-0100 Telephone
(915) 532-1759 Facsimile

By: */s/ Oscar Mendez Jr.*
OSCAR MENDEZ JR.
State Bar No. 24058473
omendez@scherrlegate.com

Attorney for Plaintiff

And

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas  79999-2800
(915) 533-4424
(915) 546-5360 (Fax)

By: */s/ Jose A. Gonzalez*
CLARA B. BURNS
State Bar No. 03443600
Clara.Burns@kempsmith.com
JOSE A. GONZALEZ
State Bar No. 24067670
Abe.Gonzalez@kempsmith.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Oscar Mendez, Jr., Scherr & Legate, PLLC, 109 N. Oregon, 12th Floor, El Paso, Texas 79901.

                                       */s/ Jose A. Gonzalez*
                                       JOSE A. GONZALEZ