UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ANDRES CASTANEDA,<br><br>*Plaintiff*,<br><br>v.<br><br>WAL-MART STORES TEXAS, LLC,<br><br>*Defendant*. | § § § § § § § § § § § EP-20-CV-00186-DCG |

## ORDER DISMISSING CASE

In view of the parties' "Joint Stipulation for Dismissal" (ECF No. 23) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court enters the following orders:

**IT IS ORDERED** that Plaintiff's claims against Defendant asserted in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this _28th_ day of July 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE